IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOSE CABALLERO GUTIERREZ, RAMIRO LOPEZ CEDILLO, and JOEL SIERRA DELCID**

      Petitioner,

v.

Case No. 1:25-cv-001145-WJ-KRS

**JOEL GARCIA,** Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; **KRISTI NOEM**, Secretary, U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **PAMELA BONDI**, U.S. Attorney General; **TODD LYONS**, Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; **GEORGE DEDOS**, Warden of Cibola County Correctional Center; in their official capacities,

      Respondents.

### ORDER REGARDING MOTION FOR VOLUNTARY DISMISSAL OF PETITIONER CABALLERO GUTIERREZ

THIS MATTER comes before the Court upon Petitioners' motion to dismiss Petitioner Jose Caballero Gutierrez from this case under Federal Rules of Civil Procedure 21 and 41(a)(2). **[Doc. 20]**. The Motion asserts that Petitioner Caballero Gutierrez was granted immigration relief on December 31, 2025, and released from detention, and that he therefore no longer seeks habeas relief from this Court. **[Doc. 20;** *see* **Doc. 19 at 3]**. The Motion does not state Respondents' position on the Motion.

Accordingly, pursuant to the Local Rules of Civil Procedure, D.N.M LR-Civ. 7.1(a) and 7.2, IT IS ORDERED that Respondents shall, **by close of business on February 3, 2026**, advise

1

the Court whether they oppose Petitioners' Motion for Voluntary Dismissal of Petitioner Caballero Gutierrez.  Absent opposition, the Court will grant the Motion without further notice.

      IT IS SO ORDERED.

                                        /s/_____
                                        WILLIAM P. JOHNSON
                                        SENIOR UNITED STATES DISTRICT JUDGE