IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOSE CABALLERO GUTIERREZ, RAMIRO LOPEZ CEDILLO, and JOEL SIERRA DELCID**

    Petitioner,

v.                                                    Case No. 1:25-cv-001145-WJ-KRS

**JOEL GARCIA,** Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; **KRISTI NOEM**, Secretary, U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **PAMELA BONDI**, U.S. Attorney General; **TODD LYONS**, Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; **GEORGE DEDOS**, Warden of Cibola County Correctional Center; in their official capacities,

    Respondents.

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** comes before the Court upon Notice of Petitioner Sierra Delcid's Release. **[Doc. 28]**. The Petition seeks a writ of habeas corpus directing Petitioners' release and ancillary relief. **[Doc. 1]**. Petitioner Caballero Gutierrez was voluntarily dismissed from this case pursuant to Petitioner's unopposed motion. **[Doc. 20]**. Following the Court's February 5, 2026, Order, **[Doc. 23]**, Petitioners Sierra Delcid and Lopez Cedillo were released from custody. **[Docs. 24, 28]**. Because no Petitioner remains detained, there is no further relief the Court can grant in this matter. *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006) (petitioner's subsequent release rendered moot habeas petition challenging lawfulness of custody without an opportunity for bond or a bond hearing); *Hunt v. Rickard*, 25-cv-989, 2025 WL 3496307, at *1

(S.D.N.Y. Dec. 5, 2025) ("A petitioner's release from custody moots a habeas petition that 'no longer present[s] a case or controversy under Article III, § 2, of the Constitution.'") (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *Carafas v. LaVallee*, 391 U.S. 234 (1968)) (alteration in original)).

Accordingly, the action is DISMISSED AS MOOT. The Clerk of Court is directed to CLOSE this case.

SO ORDERED.

/s/
_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE